UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| OGLALA SIOUX TRIBE, A FEDERALLY RECOGNIZED INDIAN TRIBE;<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, DEB HAALAND, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE UNITED STATES DEPARTMENT OF INTERIOR; UNITED STATES BUREAU OF INDIAN AFFAIRS, JOHN BURGE, IN HIS OFFICIAL CAPACITY AS SPECIAL AGENT IN CHARGE OF DISTRICT 1 OF THE UNITED STATES OFFICE OF JUSTICE SERVICES OF THE UNITED STATES DEPARTMENT OF THE INTERIOR; TINO LOPEZ, IN HIS OFFICIAL CAPACITY AS ACTING APPROVING OFFICIAL FOR THE OFFICE OF JUSTICE SERVICES OF THE UNITED STATES DEPARTMENT OF THE INTERIOR; DARRYL LACOUNTE, IN HIS OFFICIAL CAPACITY AS COMMISSIONER, BUREAU OF INDIAN AFFAIRS, UNITED STATES DEPARTMENT OF THE INTERIOR; GINA DOUVILLE, IN HER OFFICIAL CAPACITY AS SUPERINTENDENT OF INDIAN AFFAIRS OF THE UNITED STATES BUREAU OF INDIAN AFFAIRS OF THE UNITED STATES DEPARTMENT OF THE INTERIOR; AND GLEN MELVILLE, IN HIS OFFICIAL CAPACITY AS DIRECTOR, OFFICE OF JUSTICE SERVICES OF THE UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF INDIAN AFFAIRS;<br><br>Defendants. | 5:22-CV-05066-RAL<br><br>ORDER GRANTING LIMITED TELEPHONIC ACCESS TO HEARING |

Plaintiff moves for the Court to permit limited telephonic access for purposes of listening to the hearing scheduled for October 4, 2024, at 9:00 a.m. by telephonic means. Good cause appearing it is

ORDERED that Plaintiff's motion, Doc. 132, is granted. The Parties are hereby ordered to provide names of parties, representatives of named parties, including tribal council members and tribal officers, BIA officials, and counsel that wish to access the hearing telephonically to the Clerk of Court prior to 5 p.m. Mountain Daylight Time on October 2, 2024. It is further

ORDERED that those participating telephonically shall keep their phones or devices on a "mute" setting and must not broadcast or record the proceedings.

DATED this 30th day of September, 2024.

BY THE COURT:

_____
ROBERTO A. LANGE
CHIEF JUDGE