UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| OGLALA SIOUX TRIBE, A FEDERALLY RECOGNIZED INDIAN TRIBE;<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, DOUG BURGUM, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE UNITED STATES DEPARTMENT OF INTERIOR; UNITED STATES BUREAU OF INDIAN AFFAIRS, RICHARD GLEN MELVILLE, IN HIS OFFICIAL CAPACITY AS DEPUTY BUREAU DIRECTOR, OFFICE OF JUSTICE SERVICES, UNITED STATES OF THE INTERIOR BUREAU OF INDIAN AFFAIRS; TERRY MCCLOUD, IN HIS OFFICIAL CAPACITY AS ACTING SPECIAL AGENT IN CHARGE/APPROVING OFFICIAL, OFFICE OF JUSTICE SERVICES, UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF INDIAN AFFAIRS; BRYAN MERCIER, IN HIS OFFICIAL CAPACITY AS DIRECTOR, BUREAU OF INDIAN AFFAIRS, UNITED STATES DEPARTMENT OF THE INTERIOR; AND GINA DOUVILLE, IN HER OFFICIAL CAPACITY AS SUPERINTENDENT OF THE PINE RIDGE AGENCY, BUREAU OF INDIAN AFFAIRS, UNITED STATES DEPARTMENT OF THE INTERIOR;<br><br>Defendants. | 5:25-CV-05080-RAL<br><br>AMENDED ORDER GRANTING MOTION TO CONSOLIDATE |

1

| | |
|---|---|
| OGLALA SIOUX TRIBE, A FEDERALLY RECOGNIZED INDIAN TRIBE;<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, DEB HAALAND, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE UNITED STATES DEPARTMENT OF INTERIOR; UNITED STATES BUREAU OF INDIAN AFFAIRS, JOHN BURGE, IN HIS OFFICIAL CAPACITY AS SPECIAL AGENT IN CHARGE OF DISTRICT 1 OF THE UNITED STATES OFFICE OF JUSTICE SERVICES OF THE UNITED STATES DEPARTMENT OF THE INTERIOR; TINO LOPEZ, IN HIS OFFICIAL CAPACITY AS ACTING APPROVING OFFICIAL FOR THE OFFICE OF JUSTICE SERVICES OF THE UNITED STATES DEPARTMENT OF THE INTERIOR; DARRYL LACOUNTE, IN HIS OFFICIAL CAPACITY AS COMMISSIONER, BUREAU OF INDIAN AFFAIRS, UNITED STATES DEPARTMENT OF THE INTERIOR; GINA DOUVILLE, IN HER OFFICIAL CAPACITY AS SUPERINTENDENT OF INDIAN AFFAIRS OF THE UNITED STATES BUREAU OF INDIAN AFFAIRS OF THE UNITED STATES DEPARTMENT OF THE INTERIOR; GLEN MELVILLE, IN HIS OFFICIAL CAPACITY AS DIRECTOR, OFFICE OF JUSTICE SERVICES OF THE UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF INDIAN AFFAIRS; AND RICHARD MELVILLE, IN HIS OFFICIAL CAPACITY AS DEPUTY BUREAU DIRECTOR, OFFICE OF JUSTICE SERVICES OF THE UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF INDIAN AFFAIRS (BROUGHT IN FROM 5:24-CV-5004 WHEN CONSOLIDATED);<br><br>Defendants. | 5:22-CV-05066-RAL |

On November 21, 2025, the parties jointly moved to consolidate the above-captioned case with Oglala Sioux Tribe v. United States, Case No. 5:22-cv-05066-RAL. Doc. 19. Oglala Sioux Tribe v. United States, Case No. 5:22-cv-05066-RAL was previously consolidated with Oglala Sioux Tribe v. United States, Case No. 5:24-cv-05004-RAL. Doc. 32 in Case No. 5:24-cv-05004. For good cause, it is hereby

ORDERED that the parties' Joint Motion to Consolidate Cases, Doc. 19, is granted and that the above-captioned case, Oglala Sioux Tribe v. United States, Case No. 5:25-CV-05080-RAL, is consolidated with Oglala Sioux Tribe v. United States, Case No. 5:22-cv-05066-RAL, which in turn has already been consolidated with Case No. 5:24-cv-5004. It is further

ORDERED that the Order Amending Rule 16 Scheduling Order, Doc. 152 in Case No. 5:22-cv-5066-RAL, shall govern all three cases and that future filings bear the captions of all three cases.

DATED this 17th day of December, 2025.

BY THE COURT:

_____
ROBERTO A. LANGE
CHIEF JUDGE