UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| OGLALA SIOUX TRIBE, A FEDERALLY RECOGNIZED INDIAN TRIBE; <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, DOUG BURGUM, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE UNITED STATES DEPARTMENT OF INTERIOR; UNITED STATES BUREAU OF INDIAN AFFAIRS, RICHARD GLEN MELVILLE, IN HIS OFFICIAL CAPACITY AS DEPUTY BUREAU DIRECTOR, OFFICE OF JUSTICE SERVICES, UNITED STATES OF THE INTERIOR BUREAU OF INDIAN AFFAIRS; TERRY MCCLOUD, IN HIS OFFICIAL CAPACITY AS ACTING SPECIAL AGENT IN CHARGE/APPROVING OFFICIAL, OFFICE OF JUSTICE SERVICES, UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF INDIAN AFFAIRS; BRYAN MERCIER, IN HIS OFFICIAL CAPACITY AS DIRECTOR, BUREAU OF INDIAN AFFAIRS, UNITED STATES DEPARTMENT OF THE INTERIOR; AND GINA DOUVILLE, IN HER OFFICIAL CAPACITY AS SUPERINTENDENT OF THE PINE RIDGE AGENCY, BUREAU OF INDIAN AFFAIRS, UNITED STATES DEPARTMENT OF THE INTERIOR; <br><br> Defendants. | 5:22-CV-05066-RAL <br> 5:24-CV-05004-RAL <br> 5:25-CV-05080-RAL <br><br><br> ORDER AMENDING RULE 16 SCHEDULING ORDER |

Counsel for the Parties have jointly requested an amended Rule 16 Scheduling Order to extend the discovery deadlines set by this Court's November 17, 2025, Amended Rule 16 Scheduling Order. 5:22-CV-5066-RAL Doc. 152. For good cause, this Court's November 17, 2025, Order is hereby amended as follows:

1. All discovery, including expert discovery, must be commenced in time to be completed by March 30, 2026. A maximum of 35 interrogatories, unlimited requests for production, and unlimited requests for admissions by each party are allowed, and responses thereto are due thirty days after service. Discovery responses must be supplemented as additional information becomes available. Discovery disputes must be called promptly to the Court's attention by the making of an appropriate motion and do not justify not adhering to this pretrial schedule.

2. Motions to compel discovery should be filed within 14 days after the subject matter of the motion arises, unless a longer period is necessitated for complying with the meet and confer requirement of Rule 37(a)(l) of the Federal Rules of Civil Procedure. Motions to compel discovery must not be filed until the parties have complied with Fed. R. Civ. P. 37(a)(l) and D.S.D. Civ. LR 37.1.

3. There will be a maximum of 12 depositions for each party, excluding depositions of experts. Depositions must be limited to no more than seven hours each.

4. The identity of and reports from retained experts under Rule 26(a)(2) are due from Defendants by March 12, 2026. Any supplementations thereto under Rule 26(e) are due twenty days prior to trial. Disclosures and reports under Rule 26(a)(2) are not filed with the Clerk. Any expert not so designated will not be permitted to testify at trial.

6. Each party's disclosure must identify each expert and state the subject matter on which the expert is expected to testify. The disclosure must be accompanied by a written report prepared and signed by the witness. As required by Fed. R. Civ. P. 26(a)(2)(B), the report must contain:

      a. The qualifications of the witness, including a list of all publications authored by the witness within the preceding ten years;

      b. The compensation to be paid for the study and testimony;

      c. A listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years;

      d. A complete statement of all opinions to be expressed and the basis and reasons therefore;

      e. The data or other information considered by the witness in forming the opinions; and

      f. Any exhibits to be used.

7. All motions, other than motions in limine, together with supporting briefs, must be filed and served on or before June 15, 2026. Opposing parties must file and serve any answering materials and briefs within twenty-one days. Reply briefs, if any, must be filed and served within fourteen days.

8. If no motions are pending when the motion deadline passes, within 14 days of the motion deadline, counsel for the parties shall contact this Court to schedule a pretrial conference for purposes of setting a trial date and pretrial filing deadlines. If a motion is pending or filed at the motions' deadline, counsel for the parties shall contact this Court within 14 days after the reply brief deadline passes to advise on whether they request a hearing on pending motions and to schedule such a hearing if they or this Court so desire.

9.  This Rule 16 Scheduling Order may be modified by the Court upon a joint motion of the parties or a formal motion, but a showing of good cause for the modification must be made.

DATED this 23rd day of January, 2026.

BY THE COURT:

ROBERTO A. LANGE
CHIEF JUDGE